101 F.3d 695
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Trevor GRANT, a/k/a Roy Arrindell, Defendant-Appellant.
 No. 96-7153.
 United States Court of Appeals, Fourth Circuit.
 Submitted Oct. 31, 1996.
Decided Nov. 15, 1996.
 
 Trevor Grant, Appellant Pro Se. Kevin Michael Comstock, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.
 E.D.Va.
 DISMISSED.
 Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying his "Motion to Vacate Judgment" and his "Motion for Modification of Sentence." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Grant, Nos. CR-92-159-N; CA-96-305 (E.D.Va. July 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.